UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                            :        CASE NO 06-13541
                                                           CHAPTER 13
TAMMY J. FORTUNE
                                                  :        JUDGE BURTON PERLMAN
     DEBTOR
                                                  :        NOTICE OF TRANSMITTAL OF
                                                           UNCLAIMED FUNDS

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the
Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor.  Certification of Final Payment
has been filed in this case.  These Funds are now unclaimed.

| Check No. | Amount |
|-----------|--------|
| 916752    | $226.68 |

Creditor(s)
HSBC Mortgage Services
636 Grand Regency Blvd.
Brandon, FL 33510

                                        Respectfully submitted,


                                /s/     Margaret A. Burks, Esq._____
                                        Margaret A. Burks, Esq.
                                        Chapter 13 Trustee
                                        Attorney No. OH 0030377

                                        Francis J. DiCesare, Esq.
                                        Staff Attorney
                                        Attorney No. OH 0038798

                                        Karolina F. Perr, Esq.
                                        Staff Attorney
                                        Attorney No. OH 0066193

                                        600 Vine Street, Suite 2200
                                        Cincinnati, OH 45202
                                        (513) 621-4488
                                        (513) 621 2643 (Facsimile)
                                        mburks@cinn13.org - Correspondence only
                                        fdicesare@cinn13.org
                                        kperr@cinn13.org
                                        cincinnati@cinn13.org - Court Filings

Registry_Deposit_for_Creditor

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, April 21, 2010.

/s/     Margaret A. Burks, Esq.
Margaret A. Burks, Esq.


HSBC Mortgage Services
636 Grand Regency Blvd.
Brandon, FL 33510

Debtor(s) Counsel
LYNN A. LAPE, ESQ.
5451 NORTH BEND ROAD, SUITE 105B
CINCINNATI, OH  45247


Debtor(s)
TAMMY J. FORTUNE
269 GOODRICH LANE
CINCINNATI, OH  45233

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)